■ In the Matter of ELLIOT J. STEIN, a Suspended Attorney. —Application for leave to resign as a member of the Bar of the State of New York unanimously denied and the proceedings before petitioner directed to go forward as directed by this Court's order entered on October 10, 1991 (171 AD2d 202)

and respondent directed to fully comply with the order of suspension entered on October 10, 1991. Concur—Milonas, J. P., Rosenberger, Ellerin, Kassal and Smith, JJ.